Henry C. JENSEN, Appellant, v. Hubert F. LAUGHARN, Ancillary Receiver of the Own Drug Company, a Nevada Corporation, Bankrupt, Appellee.

No. 7049.

Circuit Court of Appeals, Ninth Circuit.

April 3, 1933.

■

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs; mandate forthwith.